UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Misc. No. 23-136 |
| ) | |
| v. ) | (Related to Criminal No. 19-252) |
| ) | |
| EDWARD STEVENSON, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| GREAT AMERICAN INSURANCE GROUP, ) | |
| MASSMUTUAL ASCEND LIFE INSURANCE ) | |
| COMPANY, FORMALLY KNOWN AS GREAT ) | |
| AMERICAN LIFE INSURANCE COMPANY ) | |
| and its successors and assigns, ) | ELECTRONICALLY FILED |
| ) | |
| Garnishee. ) | |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the United States District Court to direct the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment ("Judgment"), entered on July 21, 2022, against the Defendant in the above-cited action, Edward T. Stevenson, Social Security Number ███-██-5146, whose last known address is ███ ██████ █████, Newell, PA █████.

The total balance due on the Judgment as of February 2, 2023, is $125,716.20.

Not less than 30 days have elapsed since the demand on the debtor for payment of the debt was made and the judgment debtor has not paid the amount due.

The United States believes that the Garnishee owes or will owe money or property to the Defendant or is in possession of property of the Defendant, specifically but not limited to: Great

American Life Insurance Company Secure Gain 5 fixed annuity, with Contract Number ███0464. The United States also believes the Defendant holds a non-exempt interest in this property.

The name and address of the Garnishee is MassMutual Ascend Life Insurance Company, Formally known as Great American Life Insurance Company, 191 Rosa Parks Street, P.O. Box 5420, Cincinnati, OH 45202.

Respectfully submitted,

Cindy K. Chung
United States Attorney

*/s/Jill Locnikar*
Jill Locnikar
Assistant U.S. Attorney
Counsel for Plaintiff
Joseph F. Weis, Jr.,
United States Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7429
PA No. 85892